# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCO FRAUSTO,<br><br>       Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>       Defendant(s). | Case No. 2:23-cv-01140-RFB-NJK<br><br>**ORDER** |

Plaintiff has failed to update his address. *See* Docket No. 5 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by September 7, 2023. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: August 7, 2023

                                                                                              _____
                                                                                              Nancy J. Koppe
                                                                                              United States Magistrate Judge

1